# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| **EEOC** | **PLAINTIFF** |
| v. | CASE NO. 3:05CV71-B-A |
| **HILL BROTHERS CONSTRUCTION & ENGINEERING** | **DEFENDANT** |

## JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Neal B. Biggers, Senior U.S. District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED:**

That the Plaintiff, EEOC, is awarded the SUM of TEN THOUSAND AND FOUR HUNDRED DOLLARS ($10,400) in back pay.

**ORDERED AND ADJUDGED** this the 15th day of November, 2006.

                                      **ARLEN B. COYLE, CLERK**
                                      **UNITED STATES DISTRICT COURT**

                                      (By)      s/Nita Morris, Deputy Clerk