IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05-cv-00071-B-A |
| ) | |
| HILL BROTHERS CONSTRUCTION ) & ENGINEERING COMPANY, Inc., ) ) | |
| Defendant. ) ) | |

## MOTION TO ENTER CONSENT DECREE

COMES NOW, Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Hill Brothers Construction & Engineering Company, Inc. ("Hill Brothers"), and file this, their joint Motion to Enter Consent Decree in the above-captioned civil matter. In support of this Motion, the parties respectfully show the Court as follows:

EEOC and Hill Brothers have resolved, compromised, and settled all matters at issue in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff EEOC and Defendant Hill Brothers respectfully request that this Court enter the proposed Consent Decree submitted to the Court via e-mail, pursuant to Local Rule 7.2(B).

1

**RESPECTFULLY SUBMITTED**,

**FOR PLAINTIFF EEOC:**	**C. EMANUEL SMITH**
Regional Attorney

**JULIE S. LEE**
Supervisory Trial Attorney

_____/s/ Charles E. Guerrier_____
Charles E. Guerrier
Senior Trial Attorney

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205-2886
(205) 212-2044

**FOR DEFENDANT:**	____/s/ Tom Wicker_____
Tom Wicker
Holland, Ray, Upchurch & Hillen, P.A.
P. O. Drawer 409
322 Jefferson St.
Tupelo, Mississippi 38802-0409
(662) 840-7764